IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON R JARRELL,

    Plaintiff,

v.                                                    CASE NO. 1:09-cv-00136-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that there is a lack of medical evidence in the record to support Plaintiff's subjective complaints of pain, and a lack of a history of aggressive medical treatment for such pain in the medical records for the time period during which Plaintiff alleges disabling pain. Thus, substantial evidence supports the Administrative Law Judge's rejection of her subjective complaints of pain.

Additionally, the Court agrees that the Administrative Law Judge correctly found that although Plaintiff suffered depression, anxiety disorder and a Global Assessment of Functioning score that showed "serious" symptoms, none of these, individually or collectively, rose to the level of a disabling mental impairment. Accordingly, the Court can find no error in the

hypothetical posed to the vocational expert.

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner denying benefits is affirmed.

**DONE AND ORDERED** this  *2nd*  day of November, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge